**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IRONWORKERS LOCAL UNION NO. 808; IRONWORKERS LOCAL UNION NO. 808 ANNUITY FUND; IRONWORKERS LOCAL UNION NO. 808 APPRENTICESHIP FUND; IRONWORKERS LOCAL UNION NO. 808 PENSION FUND; WADE A. IVEY; GREGORY HOLMES; BEN SCHMITT; WES KENDRICK; STANLEY DVORAK, JR. SOUTHEASTERN IRON WORKERS WELFARE FUND ,**

                  **Plaintiffs,**

**-vs-**                                                     **Case No. 6:09-cv-448-Orl-31KRS**

**CHAMPION STEEL OF CENTRAL FLORIDA, INC.,**

                  **Defendant.**

_____

## ORDER

On March 5, 2010, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 20), recommending that the Second Amended Motion for Default Judgment (Doc. 19) be DENIED. Plaintiffs filed timely objections to the Report (Doc. 21) but later withdrew the objection (Doc. No. 26) after filing a Third Amended Motion for Default Judgment (Doc. No. 25). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Second Amended Motion for Default Judgment is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 30, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE