**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IRONWORKERS LOCAL UNION NO.
808; IRONWORKERS LOCAL UNION
NO. 808 ANNUITY FUND;
IRONWORKERS LOCAL UNION NO. 808
APPRENTICESHIP FUND;
IRONWORKERS LOCAL UNION NO. 808
PENSION FUND; WADE A. IVEY;
GREGORY HOLMES; BEN SCHMITT;
WES KENDRICK; STANLEY DVORAK,
JR. SOUTHEASTERN IRON WORKERS
WELFARE FUND,

             **Plaintiffs,**

-vs-                          Case No. 6:09-cv-448-Orl-31KRS

CHAMPION STEEL OF CENTRAL
FLORIDA, INC.,

             **Defendant.**
_____

# ORDER

In accord with Judge Spaulding's Report and Recommendation (Doc. 29), it is hereby

**ORDERED** that the Plaintiffs shall prepare and file, on or before May 24, 2010, a proposed judgment, with the prejudgment interest calculated as of May 24, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2010.

                                              GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party